UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARYL A. HIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-CV-00367 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| DUSTIN COX, Individually, ALLYSON S. ) | |
| ABBOTT, ADAG, Individually, DAVID ) | |
| BRAGG, CIRCUIT JUDGE, Individually, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

- The Motion for Judicial Notice (Docket No. 21) is **GRANTED**.

- The defendants' Motions to Dismiss (Docket Nos. 11 and 13) and Motion for Judgment on the Pleadings (Docket No. 18) are **GRANTED**.

- The plaintiff's malicious prosecution claims against Officer Cox are hereby **DISMISSED WITHOUT PREJUDICE**. All other claims are hereby **DISMISSED WITH PREJUDICE**.

- It is further **ORDERED** that the plaintiff has leave to file an Amended Complaint within 20 days of this Order that asserts amended malicious prosecution claims against Officer Cox.

It is so **ORDERED.**

Enter this 20th day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge

1