**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DARYL A. HIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:13-CV-00367** |
| **v.** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **DUSTIN COX, Individually, ALLYSON S.** | ) | |
| **ABBOTT, ADAG, Individually, DAVID** | ) | |
| **BRAGG, CIRCUIT JUDGE, Individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM**

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

• The Motion for Judicial Notice (Docket No. 21) is **GRANTED**.

• The defendants' Motions to Dismiss (Docket Nos. 11 and 13) and Motion for Judgment on the Pleadings (Docket No. 18) are **GRANTED**.

• The plaintiff's malicious prosecution claims against Officer Cox are hereby **DISMISSED WITHOUT PREJUDICE**. All other claims are hereby **DISMISSED WITH PREJUDICE**.

• It is further **ORDERED** that the plaintiff has leave to file an Amended Complaint within 20 days of this Order that asserts amended malicious prosecution claims against Officer Cox.

It is so **ORDERED**.

Enter this 20th day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge